No. 91–5095.  VELA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91–5096.  SERNA *v.* ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 91–5097.  SANTOS *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 91–5101.  DICKERSON *v.* GUSTE, ATTORNEY GENERAL OF LOUISIANA, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 91–5102.  SMITH *v.* TEXAS.  Ct. App. Tex., 13th Dist.  Certiorari denied.

No. 91–5103.  TELEPO *v.* PLANTIER, SUPERINTENDENT, ADULT DIAGNOSTIC AND TREATMENT CENTER, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 91–5105.  PULLINS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 91–5106.  SCARPA *v.* DRUG ENFORCEMENT ADMINISTRATION ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 91–5107.  RIVALTA *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 91–5108.  STREET *v.* JABE, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 91–5109.  WILLIAMS *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 91–5112.  BARUTH *v.* O'TOOLE ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 91–5113.  McLESTER *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–5114.  JONES *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.